# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

### 3:03cr180-FDW

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **WALTER MAURICIO CRUZ (1),** | ) | |
| | ) | |
| **Defendant** | ) | |

This **MATTER** is before the Court on its own motion to administratively close the case as to following defendant **WALTER MAURICIO CRUZ** . The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, ordered that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: April 27, 2011

Frank D. Whitney
United States District Judge